IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 21-30003-DWD-3 |
| | ) |
| ANTHONY DOBBINS | ) |
| aka "Tony Rome" and "Crazy," | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, Ali Summers, Assistant United States Attorney, and Jeremy Franker and Alexander Gottfried, Trial Attorneys, United States Department of Justice, herewith enter into the following Stipulation of Facts with the defendant:

1. The Gangster Disciples is a street and prison gang that began in or about the 1960's, and which operates in the Southern District of Illinois and across the United States. The Gangster Disciples are organized according to a recognized hierarchy and structure with ranks such as "Chairman," "Board Members," and "Governors." Gangster Disciples members are subject to various rules, which include a prohibition on cooperating with law enforcement. The purposes of the Gangster Disciples include enriching the leaders, members, and associates of the enterprise through drug trafficking and the collection of dues; preserving and protecting the power, territory, and operations of the enterprise; and keeping victims and potential witnesses in fear of its leaders, members, and associates, through threats of violence and actual violence, including murder.

2. During the period of the indictment, Defendant Dobbins knowingly conspired to conduct and participate in the conduct of the affairs of the Gangster Disciples through a pattern of racketeering activity, including acts involving murder chargeable under Illinois law and offenses involving drug trafficking in violation of 21 U.S.C. §§ 841(a)(1) and 846. From at least September 2014 until his arrest in 2018, Defendant Dobbins held the role of Board Member, a title given to the highest-ranking national leaders of the Gangster Disciples beneath the "Chairman," with authority over Gangster Disciples members throughout the United States. During this period, Defendant Dobbins communicated frequently with other Gangster Disciples by phone and mail to attempt to persuade recalcitrant members to accept his authority as a Board Member.

3. On May 18, 2018, Defendant Dobbins shot and killed Earnest Wilson, a rival Gangster Disciples Board Member in Chicago, Illinois. Dobbins drove from his residence in Troy, Illinois, to Chicago, Illinois. Dobbins approached Wilson from behind and shot him four times, including twice in the back and once in the face. The purpose of the murder was to maintain their position in the Gangster Disciples.

4. On August 10, 2018, Defendant Dobbins was arrested at his residence in Troy, Illinois. A search of his residence revealed that Dobbins possessed approximately 200 gram of heroin, 90 grams of crack cocaine, approximately fifty rounds of .40 caliber ammunition, as well as correspondence related to the Gangster Disciples.

5. This stipulation of facts is intended only to provide the Court with sufficient foundation to accept Defendant Dobbins's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity.

<u>SO STIPULATED:</u>

RACHELLE AUD CROWE
United States Attorney

_/s/ Tony Dobbins_
Anthony Dobbins
Defendant

_/s/ Ali Summers_
Ali M. Summers
Assistant United States Attorney

_/s/ J.d Barrett_
Jean Barrett
Lupita Thompson   _/s/ 1/12/2023_
Attorneys for Defendant

_/s/ Alex Gottfried_
Jeremy I. Franker
Alexander B. Gottfried
Trial Attorneys, U.S. Department of Justice

Date: 1/12/23

Date: 1-13-23